UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 19 mc 458

PEACHTREE SETTLEMENT FUNDING, LLC, for Judicial Approval of Transfer of Structured Settlement Payment Rights with ERIC SAWYER,

**ORDER**

Petitioners,

-and-

TALCOTT RESOLUTION LIFE INSURANCE COMPANY and TALCOTT RESOLUTION CEBSCO,

Respondents/Interested Persons Pursuant to GOL § 5-1701(f).

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

**THIS MATTER**, having come before the Court by way of Order to Show Cause, seeking an Order from the United States District Court for the Southern District of New York, allowing the application for the transfer of future structured settlement payments from Eric Sawyer to Peachtree Settlement Funding, LLC, to be considered by the Court of the state wherein he resides, even though the Infant's Compromise Order and the Settlement Agreement and Release was previously entered in the United States District Court for the Southern District of New York;

And this Court, having considered the Order to Show Cause, together with the Petition, the supporting Affirmation of Michael F. Nestor, Esq., and upon all pleadings and proceedings heretofore and herein held, and sufficient reason appearing therefore,

**IT IS HEREBY ORDERED** that this Court permits this application for the transfer of future structured settlement payments from Eric Sawyer to Peachtree Settlement Funding, LLC to proceed before the Courts of the state wherein Mr. Sawyer currently resides; and

**IT IS FURTHER ORDERED** that this Court renders no opinion on the appropriateness of the proposed transfer between Eric Sawyer and Peachtree Settlement Funding, LLC, as same is not before this tribunal.

Dated: 12/6/2019
White Plains, NY

ENTER

_____
Vincent L. Briccetti ~~USC~~
United States District Judge

The Clerk is instructed to terminate the motion (Doc. #22), and close this case.

The Clerk is further instructed to mail a copy of this Order to Eric Sawyer at the address on the docket.